In the Matter of CHELSEA K., a Child Alleged to be Neglected. COMMISSIONER OF SOCIAL SERVICES OF CLINTON COUNTY, Respondent; LOREN K., Appellant, et al., Respondent.

Submitted March 28, 2005; decided May 5, 2005

Motion for leave to appeal dismissed upon the ground that the issues presented have become moot.

In the Matter of STEVEN GEDDES, Appellant, v LORI MONTPETIT, Respondent. (And Another Related Proceeding.)

Submitted March 28, 2005; decided May 5, 2005

Motion for leave to appeal dismissed upon the ground that appellant is not a party aggrieved (*see* CPLR 5511).

In the Matter of THEODORE GIVEN, Appellant, v ROBERT DENNISON, as Acting Chairman of the New York State Division of Parole, Respondent.

Submitted March 21, 2005; decided May 5, 2005

Motion for leave to appeal dismissed upon the ground that the issues presented have become moot.

ELIZABETH JONES-BARNES, Appellant, v CONGREGATION AGUDAT ACHIM, Respondent.

Submitted April 4, 2005; decided May 5, 2005

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]; *Eaton v State of New York*, 76 NY2d 824).